UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRIDGET BANKSTON, INDIVIDUALLY AND** * | **CIVIL ACTION: 2:23-cv-00019** |
| **IN HER CAPACITY AS ADMINISTRATRIX** * | |
| **OF THE ESTATE OF ROBERT A.** * | |
| **BANKSTON AND IN HER CAPACITY AS** * | |
| **THE NATURAL TUTRIX OF TREYTON** * | **JUDGE ELDON E. FALLON** |
| **BANKSTON, MINOR SON OF DECEDENT,** * | |
| **ROBERT A. BANKSTON, AND GRACIE** * | |
| **BANKSTON RAGAS, DAUGHTER OF** * | |
| **DECEDENT, ROBERT A. BANKSTON** * | **MAG: DONNA P. CURRAULT** |
| * | |
| **VERSUS** * | |
| * | |
| **ROTORCRAFT LEASING COMPANY, LLC** * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR DEFAULT JUDGMENT

NOW INTO COURT, through undersigned counsel, come Complainants, Bridget Bankston, individually and in her capacity as the Administratrix of the Estate of Robert A. Bankston and in her capacity as the Natural Tutrix of Treyton Bankston, minor son of decedent, Robert A. Bankston, and Gracie Bankston Ragas, daughter of decedent, Robert A. Bankston, and request the Court, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, for the entry of a judgment by default against the defendant. In support of this request, Complainants rely upon the record in this case ant the affidavit submitted herein.

        Respectfully submitted,

        DISCON LAW FIRM
        BY: <u>S/THOMAS M. DISCON</u>
        THOMAS M. DISCON, T.A. #14219
        424 N. Causeway Blvd., Suite A
        Mandeville, LA  70448
        Telephone: 985-674-9748
        Facsimile: 985 674-9749
        Email: tdiscon@disconlawfirm.com
        Attorneys for Complainants

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 9, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system to all CM/ECF participants. I also certify that the above and foregoing has this date been forwarded by U.S. Mail, postage prepaid and properly addressed to the non-CM/ECF participants.

<u>/S/ THOMAS M. DISCON</u>
THOMAS M. DISCON